IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 19 PM 4:39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| VS | ) | CR. NO. 2:04CR20359-Ml |
| Alonso Pinon Loya & Florentino Pinon Loya | ) | |
| Defendant. | ) | |

**ORDER ON JURY VERDICT**

This cause came on for trial on July 13, 2005, the United States Attorneys for this District, David Henry and Lorraine Craig, representing the Government, and the defendants, Alonso Pinon Loya and Florentino Pinon Loya, appearing in person and with counsel, Charles Waldman and Matthew John, respectively.

Jurors were selected and sworn. After listening to opening statements, all of the proof, closing arguments and jury charge, the jurors were excused to begin deliberation.

After due deliberation, the jury returned in open court on July 19, 2005, and announced a verdict of NOT GUILTY as to Counts 1 and 2 of the Indictment as to both defendants.

Jurors were polled individually.

ENTERED this the 19 day of July, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-20-05

194

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 194 in case 2:04-CR-20359 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Matthew Ian John
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT